UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN CARLOS CALDERON,

Petitioner,

v.

PATRICK COVELLO, Warden,

Respondent.

Case No. 22-cv-03881 BLF (PR)

**JUDGMENT**

For the reasons stated in the order granting Respondent's motion to dismiss, this case is DISMISSED WITH PREJUDICE. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: _____August 22, 2023_____

_____
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\HC.22\03881Calderon_judgment